IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CR-100-D

UNITED STATES OF AMERICA,    )
    )
v.    )
    )    **ORDER**
TRAVIS JEROME DARDEN,    )
    )
Defendant.    )

The United States SHALL respond to defendant's motion for compassionate release [D.E. 47] not later than June 30, 2026.

SO ORDERED. This 24 day of April, 2026.

JAMES C. DEVER III
United States District Judge